| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 3/31/2023 |

CONCRETE WORKS CORP.,

                    Plaintiff,

            v.

VOLMAR CONSTRUCTION INC., and
TRAVELERS CASUALTY AND SURETY
OF AMERICA,

                    Defendants.

No. 22-cv-4862 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Pursuant to the revised case management plan, discovery was to be completed in this action by March 25, 2023, and a post-discovery conference was to be held today, March 31, 2023. In advance of such conference, the parties were ordered to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the have been made to settle the case. As of today's date, no letter has been filed on the docket.

      The parties shall file the joint letter as soon as possible, but no later than April 7, 2023. The post-discovery conference is hereby adjourned to April 14, 2023 at 2:00 p.m.; Call-In Number: (888) 363-4749; Access Code: 1015508#.

SO ORDERED.

Dated:   March 31, 2023
           New York, New York

                                                      Hon. Ronnie Abrams
                                                      United States District Judge