USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONCRETE WORKS CORP.,

Plaintiff,

v.

VOLMAR CONSTRUCTION INC., and
TRAVELERS CASUALTY AND SURETY
OF AMERICA,

Defendant.

22-cv-4862 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Due to a scheduling conflict, the Court unfortunately needs to reschedule the telephonic post-discovery conference in this action previously set for tomorrow, April 14, 2023, at 2:00 p.m. Accordingly, the telephonic conference is hereby rescheduled to 10:45 a.m. tomorrow, April 14, 2023.  Call-In Number: (888) 363-4749; Access Code: 1015508#.  Should this present a conflict for either party, they may make an application to the Court by letter for further adjournment.

SO ORDERED.

Dated:     April 13, 2023
           New York, New York

Hon. Ronnie Abrams
United States District Judge