**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-------------------------------------------------------------------X**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/20/2023_

**CONCRETE WORKS CORP.,**

                              **Plaintiff,**          **22-CV-04862 (RA)(SN)**

          **-against-**                               **ORDER**

**VOLMAR CONSTRUCTION INC., et al.,**

                              **Defendants.**

**-------------------------------------------------------------------X**

**SARAH NETBURN, United States Magistrate Judge:**

        A conference is scheduled for Monday, April 24, 2023, at 2:00 p.m. At that time the

parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter

Access Code 7938632, followed by the pound (#) key. The purpose of the conference is to

discuss the status of discovery and the potential for the parties to settle this action without further

litigation.

**SO ORDERED.**

                                        _____
                                        SARAH NETBURN
                                        United States Magistrate Judge

DATED:        April 20, 2023
              New York, New York