UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CONCRETE WORKS CORP.,

                            **Plaintiff,**                  22-CV-04862 (RA)(SN)

       -against-                                  **ORDER**

VOLMAR CONSTRUCTION INC., et al.,

                          **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    The fact discovery deadline is extended to June 30, 2023. Additionally, the parties are directed to file a joint status letter no later than May 31, 2023.

    A post fact discovery conference will be held before Judge Abrams on July 14, 2023, at 4:30 p.m. At that time the parties should call (888) 363-4749 and enter Access Code 1015508, followed by the pound (#) sign.

**SO ORDERED.**

                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:      April 24, 2023
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/2023