UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CONCRETE WORKS CORP.,

                    Plaintiff,

     -against-

VOLMAR CONSTRUCTION INC., et al.,

                    Defendants.
-------------------------------------------------------------X

22-CV-04862 (RA)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/5/2023

**SARAH NETBURN, United States Magistrate Judge:**

      On April 24, 2023, the Court directed the parties to file a status letter no later than May 31, 2023. <u>See</u> ECF No. 30. To date, no such filing has been made.

      The parties are directed to file a status letter no later than June 9, 2023.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    June 5, 2023
              New York, New York