UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONCRETE WORKS CORP.,

                        Plaintiff,

            v.

VOLMAR CONSTRUCTION INC., and TRAVELERS
CASUALTY AND SURETY OF AMERICA,

                        Defendants.

No. 22-CV-4862 (RA)

<u>ORDER</u>

---

RONNIE ABRAMS, United States District Judge:

        It has been reported to the Court that discovery is ongoing and that the parties will file a

joint letter with Magistrate Judge Netburn regarding the status of discovery on July 7, 2023.

Accordingly, the post-discovery conference previously set for July 14, 2023, at 4:30 p.m., *see* Dkt.

30, is hereby adjourned *sine die*.


SO ORDERED.

  Dated:        June 26, 2023
                New York, New York

                                        _____
                                        Hon. Ronnie Abrams
                                        United States District Judge