```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CONCRETE WORKS CORP.,

                                Plaintiff,           22-CV-04862 (RA)(SN)

            -against-                                       ORDER

VOLMAR CONSTRUCTION INC., et al.,

                                Defendants.
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/2023

**SARAH NETBURN, United States Magistrate Judge:**

The fact discovery deadline in this matter is extended to September 30, 2023.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   July 17, 2023
         New York, New York