UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CONCRETE WORKS CORP.,

                        Plaintiff,

      -against-

VOLMAR CONSTRUCTION INC., et al.,

                       Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/2023

22-CV-04862 (RA)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

      Due to a conflict in the Court's calendar, the Thursday, September 21, 2023 settlement conference will now be held remotely. The Court will provide dial-in information in advance of the conference.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   September 18, 2023
              New York, New York