UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CONCRETE WORKS CORP.,

                               Plaintiff,                               22-CV-04862 (RA)(SN)

                 -against-                                     **ORDER**

VOLMAR CONSTRUCTION INC., et al.,

                               Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The parties appeared for a conference to schedule depositions on November 21, 2023. Plaintiff shall depose Peter Volandes on December 19, 2023, and two employees of Volmar Construction on December 20 & 21, 2023. Defendants shall depose Ralph Lunati on January 4, 2024. Any adjustment to this schedule requires Court approval.

       All fact discovery shall be completed by January 12, 2024. The parties are directed to file a letter with the Honorable Ronnie Abrams on January 26, 2024, indicating whether any party intends to file a motion for summary judgment and on what grounds, or requesting a trial date.

**SO ORDERED.**

                                                                 SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:      November 21, 2023
                   New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/2023