UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONCRETE WORKS CORP., <br><br> Plaintiffs, <br><br> v. <br><br> VOLMAR CONSTRUCTION INC et al, <br><br> Defendants. | No. 22-CV-4862 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

In light of Judge Netburn's grant of an extension of time to complete fact discovery until January 12, 2024, *see* Dkt. 48, a telephone conference is hereby scheduled for February 2, 2024, at 3:00 p.m. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

No later than one week in advance of the conference, the parties shall submit a joint status letter to the Court, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

SO ORDERED.

Dated: November 27, 2023
       New York, New York

_____
Ronnie Abrams
United States District Judge