UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONCRETE WORKS CORP.,

                  Plaintiff,

-against-

VOLMAR CONSTRUCTION INC., et al.,

                  Defendants.

22-CV-04862 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

As discussed at the conference held on May 28, 2024, it is hereby ORDERED that the jury trial in this action will begin on **Monday, September 23, 2024**.

It is further ORDERED that, in accordance with and as further provided in the Court's Individual Rules & Practices, the parties shall:

- File a Joint Pretrial Order and any motions in *limine* on or before **August 23, 2024**;
- File joint proposed *voir dire* questions, requests to charge, and a verdict sheet on or before **September 6, 2024**;
- Appear for a Final Pretrial Conference on **September 17, 2024, at 4:30 p.m.**; and
- Deliver hard copies and electronic copies of exhibits and exhibit lists to the Court on or before **September 19, 2024**.

The Final Pretrial Conference shall be held in person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007. By **September 6, 2024,** the parties shall email the Court at GarnettNYSDChambers@nysd.uscourts.gov to arrange their courtroom technology walkthrough, which can be arranged for either just before or just after the Final Pretrial Conference.

Dated: May 29, 2024
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge