```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONCRETE WORKS CORP.,

                      Plaintiff,

-against-

VOLMAR CONSTRUCTION, INC. et al.,

                      Defendants.

22-CV-04862 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      Trial in this matter concluded on October 1, 2024. Attached to this Order are the following Court Exhibits from the trial:

- Court Exhibit 1, which is Plaintiff's peremptory strike list from September 24, 2024 and is filed under seal;
- Court Exhibit 2, which is Defendants' peremptory strike list from September 24, 2024 and is filed under seal;
- Court Exhibit 3, which is the questionnaire used by the Court during *voir dire* on September 24, 2024;
- Court Exhibit 4, which is the parties' Stipulation of Undisputed Facts for Trial;
- Court Exhibit 5, which is the draft jury charge that was considered at the charge conference held on the record on September 30, 2024;
- Court Exhibit 6, which is the final jury charge that was delivered on the record on September 30, 2024;
- Court Exhibit 7, which is a combined exhibit list;
- Court Exhibits 8, 9, and 11, which are jury notes;
- Court Exhibit 10, which is a response to Court Exhibit 9;
- Court Exhibit 12, which is the jury's verdict sheet.

Dated: October 17, 2024
       New York, New York

                                            SO ORDERED.

                                            MARGARET M. GARNETT
                                            United States District Judge