```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___11/01/2024___
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CONCRETE WORKS CORP.,

                  Plaintiff,

      -against-

VOLMAR CONSTRUCTION INC., et al.,

                  Defendants.
-----------------------------------------------------------------X

22 **CIVIL** 4862 (MMG)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Margaret M. Garnett, United States District Judge, the jury having returned a verdict in favor of plaintiff Concrete Works Corp. for Breach of Contract Count 2 damages in the amount of $257,019.83 and for Count 6 damages in the amount of $82,018.50 against the defendants Travelers Casualty and Surety of America and Volmar Construction Inc.

**DATED:** New York, New York
        October 31, 2024

                                    DANIEL ORTIZ

Dated: 11/01/2024                                _____
So Ordered:                                    Acting Clerk of Court

                                  BY:

_____           _____
      U.S.D.J.                                        Deputy Clerk